No. 121. CULLEN ET AL. *v.* BOHLINGER, SUPERINTENDENT OF INSURANCE OF THE STATE OF NEW YORK, ET AL. Appeal from the Court of Appeals of New York and the

804

Appellate Division of the Supreme Court of New York, First Department. *Per Curiam:* The motion to dismiss is granted and the appeal is dismissed for want of a substantial federal question. *Samuel A. Berger* for appellants. *Jacob K. Javits,* Attorney General, *James O. Moore, Jr.,* Solicitor General, and *Samuel A. Hirshowitz* and *Daniel M. Cohen,* Assistant Attorneys General, for the Superintendent of Insurance of New York, and *Ralph M. Carson* and *W. Perry Epes* for the Insurance Company of North America et al., appellees.